An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

VALERIE P. SOTO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE WILLIAM D.
KEPHART, DISTRICT JUDGE,
Respondents,
and
AUTOVEST LLC,
Real Party in Interest.

No. 68002

FILED

JUN 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying summary judgment on statute of limitations grounds. Having considered the petition and supporting documents, we decline to intervene at this time, as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (noting that this court will generally not consider writ petitions challenging orders denying summary judgment). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

Supreme Court
of
Nevada

(O) 1947A

15-17871

cc: Hon. William D. Kephart, District Judge
Mitchell D. Gliner
Edelman Combs Latturner & Goodwin LLC
Simmonds & Narita LLP
Reynolds & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A